**Opinion issued June 17, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00329-CR

_____

## IN RE KRISTINA SCHWEYER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Kristina Schweyer has filed a petition for writ of mandamus, requesting that we compel the trial court to enter an order of nondisclosure pursuant to Section 411.0728 of the Texas Government Code.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

---

[1] The underlying case is *The State of Texas v. Kristina Schweyer*, cause number 21371130101A, pending in the County Criminal Court at Law No. 15, the Honorable Tonja Jones presiding.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

Do not publish. TEX. R. APP. 47.2(b).